**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| ALLEN L ANDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NOS. |
| | § | |
| | § | 7:10-CV-185-O |
| | § | |
| ARTS JEWELERS, | § | |
| JUDY CHARLEY, | § | |
| | § | |
| Defendants | § | |

**AND**

| | | |
|---|---|---|
| ALLEN ANDERSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 7:10-CV-186-O |
| WICHITA FALLS HOUSING | § | |
| AUTHORITY, FAITH CARRIZALES, | § | |
| SHANE SOVENSON, PAMELA | § | |
| YBARRA, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the

United States Magistrate Judge are accepted.  Accordingly, these cases are **DISMISSED** without prejudice.  Plaintiff may file within thirty (30) days a proper motion to reopen accompanied by an amended complaint that adequately articulates a cause of action cognizable by and within the jurisdiction of this Court.  Should Plaintiff fail to timely do so, Plaintiff will be required to file a new suit.

      **SO ORDERED** this **1st** day of **March, 2011.**


_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**